**No. 54165.**—Ciba Pharmaceutical Products, Inc. *v.* United States, protest 143483–K (New York).

Opinion by Cole, J.   It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378).   The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 54166.**—C. L. Huisking & Co., Inc. *v.* United States, protest 148165–K (New York).

Opinion by Cole, J.   It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378).   The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 54167.**—Roche-Organon, Inc. *v.* United States, protest 143868–K (New York).

Opinion by Cole, J.   It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* .v. *United States* (35 C. C. P. A. 99, C. A. D. 378).   The claim of the plaintiff was therefore sustained.

Before the Second Division, March 30, 1950

**No. 54168.**—Harold E. Rider *v.* United States, protest 143498–K (New York).

Opinion by Lawrence, J.   When the case was called for hearing it was orally stipulated that the 14 clappers for church bells in controversy are parts of a carillon containing more than thirty-four bells.   The claim of the plaintiff was therefore sustained.